An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAVONNE A. KOLENDER,
                Appellant,

vs.

DENNIS KOLENDER,
                Respondent.

No. 68216

**FILED**

JUN 29 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMSSING APPEAL*

This is an appeal from a district court order modifying child custody. Eighth Judicial District Court, Family Court Division, Clark County; Linda Marquis, Judge. Appellant is proceeding pro se through this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. Linda Marquis, District Judge, Family Court Division
      Lavonne A. Kolender
      Louis C. Schneider, LLC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-19699